UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Borrelli, | ) Case No.  2:10-CV-02455-MCE-EFB |
|  | ) |
| Plaintiff, | ) ORDER GRANTING JOINT |
|  | ) STIPULATION AND MOTION TO |
| vs. | ) DISMISS ENTIRE ACTION WITH |
|  | ) PREJUDICE |
| NCO Financial Systems, Inc., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice, filed in this action, the above-captioned action is hereby dismissed with prejudice.  The Clerk of Court is directed to close this file.

**IT IS SO ORDERED.**

Date: June 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE